UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

Joyce Gaddie                          ,        )
                                               )
*Plaintiff(s)*,                                )
                                               )        Case No. 3:16-cv-00061
v.                                             )
                                               )
GGNSC Clinton LLC                     ,        )
                                               )
*Defendant(s)*.                                )

## NOTICE OF CONSENT / NON-CONSENT TO MAGISTRATE

All parties to the above-captioned civil matter are **DIRECTED** to select one of the following two options and, as soon as practicable, file a single joint copy of this document on the Court's electronic case filing system.

☐  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties to this action hereby **consent** to have a United States magistrate judge conduct all further proceedings in the above-captioned civil matter, including trial and entry of final judgment.

Pursuant to 28 U.S.C. § 636(c)(3), any appeal from a judgment of the presiding magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court.

☑  The parties **do not consent** to proceed before a magistrate judge.

---

Complete this section *only if all parties have consented to proceed before a magistrate judge*.

If all parties to this action consent to proceed before a magistrate judge, each party must provide a representative signature below *(electronic signatures and signatures by permission are acceptable)*:

| Parties' printed names | Signature of parties/attorneys | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*(If necessary, include all additional parties on a separate sheet.)*

*Do not complete this section – Court use only.*

## ORDER OF REFERRAL

This case is hereby **REFERRED** to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**SO ORDERED** this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

A true and exact copy of the foregoing document has also been served upon the following:

David M. Boyd
The Boyd Firm, PC
900 S. Gay Street, Suite 705
Knoxville, TN 37902

by placing the same in the United States Mail, first-class postage prepaid on this 12th day of February, 2016.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: s/Thomas O. Helton
_____
Thomas O. Helton