IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JOYCE GADDIE, individually and as the
Administrator ad litem of the
Estate of Vern Gaddie Jr.

    Plaintiff

v.                               CASE NO. 3:16-cv-00061

GGNSC Clinton LLC
d/b/a Golden Living Center-Windwood,

    Defendant

---

## NOTICE OF VOLUNTARY DISMISSAL

---

COMES NOW the Plaintiff, by and through counsel, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i), and hereby gives Notice that this cause of action is hereby dismissed without prejudice, with the court costs taxed to the Plaintiff.

Respectfully submitted this 23rd day of February, 2016.

/s/ David M. Boyd
DAVID M. BOYD, BPR #019980
The Boyd Firm
Attorneys at Law, PC
900 S. Gay Street, Suite 705
Knoxville, Tennessee 37902
(865) 246-1800
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this the 23rd day of February, 2016, the Plaintiff electronically filed this **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the ECF Filing System which will send notification of such filing to the counsel of record for all parties as set forth below:

Thomas O. Helton
Daniel J. White
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
Telephone: (423) 209-4194
Facsimile: (423) 752-9544
Email: thelton@bakerdonelson.com and dwhite@bakerdonelson.com

Summer H. McMillian
265 Brookview Centre Way, STE 600
Knoxville, Tennessee 37919
Telephone: (865) 971-5108
Facsimile: (865-329-5108
Email: smcmillian@bakerdonelson.com

/s/ David M. Boyd
DAVID M. BOYD, BPR #019980