IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

**JOYCE GADDIE, individually and as the**
**Administrator ad litem of the**
**Estate of Vern Gaddie Jr.**

 **Plaintiff**

v.              CASE NO. 3:16-cv-00061

**GGNSC Clinton LLC**
**d/b/a Golden Living Center-Windwood,**

 **Defendant**

---

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

---

 COMES NOW the parties in the above styled case, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i), and hereby jointly files this *Joint Stipulation of Voluntary Dismissal*, and accordingly gives Notice that this cause of action is hereby dismissed without prejudice, with the court costs taxed to the Plaintiff.

 Jointly submitted this _____ day of February, 2016.

**APPROVED FOR ENTRY:**

/s/ David M. Boyd
DAVID M. BOYD, BPR #019980
The Boyd Firm
Attorneys at Law, PC
900 S. Gay Street, Suite 705
Knoxville, Tennessee 37902
(865) 246-1800
*Attorney for Plaintiff*

/s/ Thomas O. Helton
Thomas O. Helton, BPR #1929

/s/ Daniel J. White
Daniel J. White, BPR #30402
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
Telephone: (423) 209-4194
Facsimile: (423) 752-9544
Email: thelton@bakerdonelson.com and dwhite@bakerdonelson.com
*Attorneys for Defendant*

/s/ Summer H. McMillian
Summer H. McMillian, BPR #20296
265 Brookview Centre Way, STE 600
Knoxville, Tennessee 37919
Telephone: (865) 971-5108
Facsimile: (865-329-5108
Email: smcmillian@bakerdonelson.com
*Attorney for Defendant*